346 A.2d 303

**In re Nomination Paper of C. Joseph TRACY, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 21, 1975.

Decided Oct. 22, 1975.

Edward D. Foy, Jr., Richboro, Liederbach, Eimer, Foy & Hahn by Edward D. Foy, Jr., Richboro, for appellant.

Robert W. Valimont, William E. Benner, Doylestown, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

238

OPINION OF THE COURT

PER CURIAM.
Appeal dismissed.

ROBERTS and MANDERINO, JJ., dissent.